# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2018

155380(65)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

KERRI HUNTER OTTO, Next Friend of
BAILEY ANN MARIE NOBLE, Minor,
        Plaintiff-Appellee,

v

INN AT WATERVALE, INC.,
        Defendant-Appellant.

_____/

SC: 155380
COA: 330214
Benzie CC: 14-009969-NO

On order of the Chief Justice, the motion of Heart of the Lakes Center for Land Conservation Policy to extend the time for filing a brief amicus curiae is GRANTED. The late amicus brief is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2018



Clerk